FILED IN OPEN COUR
ON 2-3-21 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:21-CR-15-1M(4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INDICTMENT** |
| ) | |
| JOSE ABRAHAM NAVARRO ) | |
| a/k/a "Jose Abaraham Navarro" ) | |

The Grand Jury charges that:

## COUNT ONE

On or about February 13, 2016, in the Eastern District of North Carolina, the defendant, JOSE ABRAHAM NAVARRO, also known as "Jose Abaraham Navarro," an alien, did knowingly make a false statement and claim that he was a citizen of the United States in order to register to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

[remainder of page intentionally left blank]

1

## COUNT TWO

On or about March 15, 2016, in the Eastern District of North Carolina, the defendant, JOSE ABRAHAM NAVARRO, also known as "Jose Abaraham Navarro," an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

_2-3-21_
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

2