

**U. S. Department of Justice**

*Robert J. Higdon, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

---

*US Attorney's Office*  
*150 Fayetteville Street*  
*Suite 2100*  
*Raleigh, North Carolina 27601*

*Telephone (919) 856-4530*  
*Criminal FAX (919) 856-4487*  
*Civil FAX (919) 856-4821*  
*www.usdoj.gov/usao/nce*

## MEMORANDUM

DATE:       February 3, 2021

TO:         Clerk's Office
            United States District Court
            Eastern District of North Carolina
            Raleigh, North Carolina

REPLY TO:   Robert J. Higdon, Jr.
            United States Attorney

ATTN OF:    SEBASTIAN KIELMANOVICH 𝒮𝒦
            Assistant United States Attorney

SUBJECT:    UNITED STATES v. JOSE ABRAHAM NAVARRO
            No. 7:21-CR-15   SOUTHERN DIVISION

Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

The warrant should be returnable before the U.S. Magistrate Judge.

SK:tw

cc: US Marshal Service
    US Probation Office

Case 7:21-cr-00015-M    Document 5    Filed 02/03/21    Page 1 of 1